**Opinion issued June 24, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00280-CV

_____

**ANGELICA MARIA GARZA, Appellant**

**V.**

**EMANUEL DIAZ VAZQUEZ, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1181106**

---

## MEMORANDUM OPINION

Appellant Angelica Maria Garza has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). Notice issued on August 2, 2024,

advising appellant that this appeal was subject to dismissal, and requesting appellant's response by September 2, 2024. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal). Appellant did not respond.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.